B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Boston Blackies of Arlington Heights** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0728956** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**222 Algonquin Road**<br>**Arlington Heights, IL**     ZIP Code **60005** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**801 W. Adams Street**<br>**Suite 201**<br>**Chicago, IL**     ZIP Code **60607** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Boston Blackies of Arlington Heights** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                         Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Boston Blackies of Arlington Heights** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**

_____
Address

**Email: rbenjamin@querrey.com**
**(312)540-7000  Fax: (312)540-0578**
Telephone Number

**November 24, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Nick Giannis**
Signature of Authorized Individual

**Nick Giannis**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**November 24, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Boston Blackies of Arlington Heights__      Case No. _____

Debtor(s)      Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **A New Dairy, Inc**<br>**1234 W. Randolph**<br>**Chicago, IL 60607** | **A New Dairy, Inc**<br>**1234 W. Randolph**<br>**Chicago, IL 60607** | **Goods and services** | | **4,894.45** |
| **Alpha Baking**<br>**4545 Lyndale**<br>**Chicago, IL 60639** | **Alpha Baking**<br>**4545 Lyndale**<br>**Chicago, IL 60639** | **Goods and services** | | **9,534.79** |
| **Alsco Linen**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | **Alsco Linen**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | **Goods and services** | | **4,879.02** |
| **Boston Blackies Mgmt, Inc.**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Boston Blackies Mgmt, Inc.**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Goods and services** | | **4,345.96** |
| **Boston Blackies Properties II, LLC**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Boston Blackies Properties II, LLC**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Rent** | | **298,000.00** |
| **Carson's**<br>**612 N Wells**<br>**Chicago, IL 60610** | **Carson's**<br>**612 N Wells**<br>**Chicago, IL 60610** | **Goods and services** | | **14,051.50** |
| **Champion Energy**<br>**PO Box 3115**<br>**Houston, TX 77253-3115** | **Champion Energy**<br>**PO Box 3115**<br>**Houston, TX 77253-3115** | **Goods and services** | | **4,357.74** |
| **Donna Giannis**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Donna Giannis**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Goods and services** | | **6,000.00** |
| **IL Dept. of Employment Security**<br>**33 S. State Street**<br>**Chicago, IL 60603** | **IL Dept. of Employment Security**<br>**33 S. State Street**<br>**Chicago, IL 60603** | **1st, 2nd, 3rd, 4th Quarter 2009** | | **5,369.00** |
| **Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | **Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | **w/h taxes 2nd Quarter, 3rd Quarter, 4th Quarter 2009** | | **14,578.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Boston Blackies of Arlington Heights**

Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | **Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | **2008-2009 sales tax** | | **256,222.00** |
| **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn St**<br>**Chicago, IL 60604** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn St**<br>**Chicago, IL 60604** | **w/h taxes 4th Quarter 2008, 2nd, 3rd, 4th Quarter 2009** | | **160,591.00** |
| **Mark Solomon Ltd.**<br>**PO Box 934**<br>**Northbrook, IL 60065-0934** | **Mark Solomon Ltd.**<br>**PO Box 934**<br>**Northbrook, IL 60065-0934** | **Goods and services** | | **29,487.00** |
| **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** | **Overdraft of business checking account** | | **131,943.00** |
| **TriMark Marlinn**<br>**6100 W 73rd St**<br>**Suite 1**<br>**Bedford Park, IL 60638** | **TriMark Marlinn**<br>**6100 W 73rd St**<br>**Suite 1**<br>**Bedford Park, IL 60638** | **Goods and services** | | **31,368.92** |
| **Unique Food Equipment**<br>**10520 Indianapolis Ave**<br>**Chicago, IL 60617** | **Unique Food Equipment**<br>**10520 Indianapolis Ave**<br>**Chicago, IL 60617** | **Goods and services** | | **11,500.00** |
| **US Food**<br>**PO Box 98045**<br>**Chicago, IL 60693** | **US Food**<br>**PO Box 98045**<br>**Chicago, IL 60693** | **Goods and services** | | **40,891.09** |
| **Versa Foods, Inc.**<br>**320 W Gerri Lane**<br>**Addison, IL 60101-5012** | **Versa Foods, Inc.**<br>**320 W Gerri Lane**<br>**Addison, IL 60101-5012** | **Goods and services** | | **13,592.70** |
| **Walter J. Jr. Inc.**<br>**2441 Seminary Ave**<br>**Des Plaines, IL 60016** | **Walter J. Jr. Inc.**<br>**2441 Seminary Ave**<br>**Des Plaines, IL 60016** | **Goods and services** | | **7,275.00** |
| **Washington Mutual**<br>**c/o JP Morgan Chase Bank**<br>**PO Box 660022**<br>**Dallas, TX 75266** | **Washington Mutual**<br>**c/o JP Morgan Chase Bank**<br>**PO Box 660022**<br>**Dallas, TX 75266** | **Overdraft of business checking account** | | **246,316.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Boston Blackies of Arlington Heights**                                    Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 24, 2009**                          Signature   **/s/ Nick Giannis**
                                                                  **Nick Giannis**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Boston Blackies of Arlington Heights** _____ ,   Case No. _____

Debtor

Chapter   **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 140,583.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 15 | | 500,963.38 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 885,629.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 140,583.00 | | |
| Total Liabilities | | | | 1,386,593.17 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Boston Blackies of Arlington Heights**                             ,        Case No. _____

                                                    Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Boston Blackies of Arlington Heights**                          ,        Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Boston Blackies of Arlington Heights**                              ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty cash** | - | **500.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charter One Checking** | - | **0.00** |
| | | | **Citizen's Bank & Trust Checking** | - | **1,252.00** |
| | | | **Citibank, N.A. Checking** | - | **0.00** |
| | | | **Broadway Bank Checking** | - | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **ComEd** | - | **1,565.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    **3,317.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Boston Blackies of Arlington Heights**                          ,   Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | - | 300.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   **300.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Boston Blackies of Arlington Heights**                              ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Illinois State Liquor License | - | 1.00 |
| | | Village of Arlington Hts local liquor license | - | 1.00 |
| | | Village of Arlington Hts Business License | - | 1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Flatware, glass, china (liquidation value) | - | 13,358.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | POS, furniture, trade fixtures, kitchen equipment (liquidation value) | - | 88,028.00 |
| 30. Inventory. | | Perishables (cost) | - | 18,482.00 |
| | | Perishables (non-liquor) (cost) | - | 17,095.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >        136,966.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Boston Blackies of Arlington Heights** ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **140,583.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Boston Blackies of Arlington Heights**                                    ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **34710** <br><br> **GE Capital Corp.** <br> **8377 E. Hartford Drive** <br> **Suite 200** <br> **Scottsdale, AZ 85255** | X | - | **2008 senior installment note total due $5,587,825.00 cross collateralized by other entities. Listed as Unknown so as to not duplicate claim. See Schedule D of Boston Blackies Management Company, Inc., Case No. 09 B 44643.** <br><br> Value $               **139,015.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br><br><br><br> | | | <br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br> Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Boston Blackies of Arlington Heights**                                     ,   Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**14**   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Boston Blackies of Arlington Heights**                              , Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | |
| Alan Vazquez 2032 W. Algonquin Road Apt. 3B Mount Prospect, IL 60056 | | - | | | | | 770.76 | 0.00 770.76 |
| Account No. | | | Wages | | | | | |
| Alejandro Alcantar 1705 Forest Cove Mount Prospect, IL 60056 | | - | | | | | 300.53 | 0.00 300.53 |
| Account No. | | | Wages | | | | | |
| Angel Garcia 5401 Chateau Drive Apt. 2 Rolling Meadows, IL 60008 | | - | | | | | 727.08 | 0.00 727.08 |
| Account No. | | | Wages | | | | | |
| Angel Gonzalez 8915 Robin Dr. #B Des Plaines, IL 60016 | | - | | | | | 501.93 | 0.00 501.93 |
| Account No. | | | Wages | | | | | |
| Angel Ramirez 18 W. 220 Lowell Lane Villa Park, IL 60181 | | - | | | | | 1,352.15 | 0.00 1,352.15 |

Sheet __1__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal       0.00
(Total of this page)    3,652.45       3,652.45

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No.<br><br>**Angela Schein<br>75 Kristin Circle<br>#621<br>Schaumburg, IL 60195** | | - | | **Wages** | | | | **516.81** | **0.00**<br><br>**516.81** | |
| Account No.<br><br>**Antonio Desantiago<br>2304 Algonquin Parkway<br>Rolling Meadows, IL 60008** | | - | | **Wages** | | | | **548.90** | **0.00**<br><br>**548.90** | |
| Account No.<br><br>**Armando Rojas<br>2500 Elmhurst Road<br>Des Plaines, IL 60018** | | - | | **Wages** | | | | **752.36** | **0.00**<br><br>**752.36** | |
| Account No.<br><br>**Armano Z. Lopez<br>7500 Elmhurst Road<br>Des Plaines, IL 60018** | | - | | **Wages** | | | | **888.78** | **0.00**<br><br>**888.78** | |
| Account No.<br><br>**Arnulfo Luna<br>1623 N. Talman<br>Chicago, IL 60623** | | - | | **Wages** | | | | **569.97** | **0.00**<br><br>**569.97** | |

Sheet __2__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **3,276.82** | **3,276.82** |

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights**_____ ,   Case No. _____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arturo Modrano**<br>**8143 Northway Dr.**<br>**Hanover Park, IL 60133** | - | | **Wages** | | | | **421.77** | **0.00**<br><br>**421.77** |
| Account No.<br><br>**Carlos De La Cruz**<br>**2401 Birch Lane**<br>**Rolling Meadows, IL 60008** | - | | **Wages** | | | | **1,206.50** | **0.00**<br><br>**1,206.50** |
| Account No.<br><br>**Christopher D. Cline**<br>**1730 Birch Place Apt. 107**<br>**Schaumburg, IL 60173** | - | | **Wages** | | | | **1,986.29** | **0.00**<br><br>**1,986.29** |
| Account No.<br><br>**Dino Nicolopoulos**<br>**6802 Seward Street**<br>**Niles, IL 60714** | - | | **Wages** | | | | **1,800.00** | **0.00**<br><br>**1,800.00** |
| Account No.<br><br>**Evelyn Nicolopoulos**<br>**6802 Seward Street**<br>**Niles, IL 60714** | - | | **Wages** | | | | **1,004.69** | **0.00**<br><br>**1,004.69** |

Sheet __3__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **6,419.25** | **0.00**<br>**6,419.25** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights** _____ , Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Wages | | | | | |
| Fernando Galvan 1444 S. Busse Rd. Apt. 1E Mount Prospect, IL 60056 | - | | | | | | | 772.62 | 0.00 / 772.62 |
| Account No. | | | | Wages | | | | | |
| Fidensio Aguilar 4813 Weber Road Rolling Meadows, IL 60008 | - | | | | | | | 722.66 | 0.00 / 722.66 |
| Account No. | | | | Wages | | | | | |
| Gabriela Filipova 8548 Berwyn Chicago, IL 60656 | - | | | | | | | 1,661.27 | 0.00 / 1,661.27 |
| Account No. | | | | Wages | | | | | |
| Gerardo Irungaray 2402 Algonquin Road Rolling Meadows, IL 60008 | - | | | | | | | 973.65 | 0.00 / 973.65 |
| Account No. | | | | Wages | | | | | |
| Gustavo Mora 9372 Gold Road Apt 3B Des Plaines, IL 60016 | - | | | | | | | 752.88 | 0.00 / 752.88 |

Sheet __4__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | 4,883.08 | 4,883.08 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights**                              , Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | | |
| Heather Pearson 4704 Euclid Avenue Apt. 1B Rolling Meadows, IL 60008 | | - | | | | | 691.53 | 0.00 | 691.53 |
| Account No. | | | Wages | | | | | | |
| Heriberto Lazaro 1420 S. Bussee Rd., #2B Mount Prospect, IL 60056 | | - | | | | | 1,083.84 | 0.00 | 1,083.84 |
| Account No. | | | Wages | | | | | | |
| Inas Y. Awwd 1317 Oakwood Avenue #1N Des Plaines, IL 60016 | | - | | | | | 2,289.77 | 0.00 | 2,289.77 |
| Account No. | | | Wages | | | | | | |
| Jara Abraham 2170 Gobbert Drive Arlington Heights, IL 60005 | | - | | | | | 258.33 | 0.00 | 258.33 |
| Account No. | | | Wages | | | | | | |
| Javier Acuna 452 W. Touhy Lane #442 Des Plaines, IL 60016 | | - | | | | | 760.68 | 0.00 | 760.68 |

Sheet __5__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                0.00
(Total of this page)    5,084.15        5,084.15

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights** , Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | |
| Jerry E. Dillon 24404 Algonquin Road Apt. 16 Rolling Meadows, IL 60008 | | - | | | | | 1,894.28 | 0.00 / 1,894.28 |
| Account No. | | | Wages | | | | | |
| Jesus Camarillo 333 N. Edgewood Avenue Wood Dale, IL 60191 | | - | | | | | 292.08 | 0.00 / 292.08 |
| Account No. | | | Wages | | | | | |
| Joanna Tsimogiannis 714 Cobblestone Circle Glenview, IL 60025 | | - | | | | | 1,144.07 | 0.00 / 1,144.07 |
| Account No. | | | Wages | | | | | |
| Jose De Santiago 4912 Algonquin Pkwy Apt. A Rolling Meadows, IL 60008 | | - | | | | | 875.52 | 0.00 / 875.52 |
| Account No. | | | Wages | | | | | |
| Jose Flores 4217 Junifer Lane 3F Arlington Heights, IL 60004 | | - | | | | | 796.50 | 0.00 / 796.50 |

Sheet __6__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
5,002.45      5,002.45

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights**                        , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | Wages | | | | | | | |
| Jose Luis Camarillo 2213 Central Road Rolling Meadows, IL 60008 | - | | | | | | | 277.44 | 0.00 277.44 |
| Account No. | | Wages | | | | | | | |
| Jose Salazar 2329 South Cannon Drive Mount Prospect, IL 60056 | - | | | | | | | 738.86 | 0.00 738.86 |
| Account No. | | Wages | | | | | | | |
| Jose Trujilo 3302 Central Road Rolling Meadows, IL 60008 | - | | | | | | | 924.00 | 0.00 924.00 |
| Account No. | | Wages | | | | | | | |
| Justin Christensen 112 E. Seegers Road Arlington Heights, IL 60005 | - | | | | | | | 71.82 | 0.00 71.82 |
| Account No. | | Wages | | | | | | | |
| Kathy Nocolopoulos 6802 Seward Street Niles, IL 60714 | - | | | | | | | 900.00 | 0.00 900.00 |

Sheet __7__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,912.12 | 2,912.12 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights**                          , Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.                                        Wages | | | | | | | | | |
| Laura Gallardo 1301 B Kings Budy Hanover Park, IL 60133 | | - | | | | | | | 0.00 |
| | | | | | | | | 835.20 | 835.20 |
| Account No.                                        Wages | | | | | | | | | |
| Lauren Boylian 25 Kenilworth Elk Grove Village, IL 60007 | | - | | | | | | | 0.00 |
| | | | | | | | | 329.54 | 329.54 |
| Account No.                                        Wages | | | | | | | | | |
| Leonidas Fronimos 1623 Greenwood Mount Prospect, IL 60056 | | - | | | | | | | 0.00 |
| | | | | | | | | 1,505.21 | 1,505.21 |
| Account No.                                        Wages | | | | | | | | | |
| Manuel Medrano 729 S. Springinsguth Rd. Schaumburg, IL 60193 | | - | | | | | | | 0.00 |
| | | | | | | | | 349.41 | 349.41 |
| Account No.                                        Wages | | | | | | | | | |
| Manuel Mora 25399 W. Columbia Bay Drive Lake Villa, IL 60046 | | - | | | | | | | 0.00 |
| | | | | | | | | 1,409.06 | 1,409.06 |

Sheet **8** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 4,428.42 | 4,428.42 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights** ,                    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No.<br><br>Mario Cortez<br>2018 W. Algonquin Road<br>Apt. 7A<br>Mount Prospect, IL 60056 | - | | | Wages | | | | 891.12 | 0.00 | 891.12 |
| Account No.<br><br>Matthew Padrak<br>1170 Terrace Ct.<br>Glencoe, IL 60022 | - | | | Wages | | | | 2,100.00 | 0.00 | 2,100.00 |
| Account No.<br><br>Michelle L. Cosmano<br>609 Darien Court<br>Schaumburg, IL 60194 | - | | | Wages | | | | 823.98 | 0.00 | 823.98 |
| Account No.<br><br>Monserrat Hernandez<br>2401 Birch Lane<br>Rolling Meadows, IL 60008 | - | | | Wages | | | | 1,171.68 | 0.00 | 1,171.68 |
| Account No.<br><br>Oliver Hernandez<br>2756 N. Nordica<br>Elmwood Park, IL 60707 | - | | | Wages | | | | 2,087.33 | 0.00 | 2,087.33 |

Sheet  **9**  of  **14**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 7,074.11 | | 7,074.11 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Boston Blackies of Arlington Heights**                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | |
| Omar Espino 2028 W. Algonquin Road #4B Mount Prospect, IL 60056 | | - | | | | | 916.71 | 0.00 / 916.71 |
| Account No. | | | Wages | | | | | |
| Omar Hernandez 2756 N. Nordica Chicago, IL 60707 | | - | | | | | 683.49 | 0.00 / 683.49 |
| Account No. | | | Wages | | | | | |
| Orlando Sanchez 542 Dempster St. #1 Mount Prospect, IL 60056 | | - | | | | | 685.13 | 0.00 / 685.13 |
| Account No. | | | Wages | | | | | |
| Oscar Mora 9372 Golf Road Apt. 3B Des Plaines, IL 60016 | | - | | | | | 932.04 | 0.00 / 932.04 |
| Account No. | | | Wages | | | | | |
| Oscar N. Hernandez 2756 N. Nordica Chicago, IL 60707 | | - | | | | | 887.10 | 0.00 / 887.10 |

Sheet __10__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) — 4,104.47 | 0.00 / 4,104.47

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights**            , Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Wages | | | | | |
| Pamela Vlahapoulos 638 Ravina Drive Gurnee, IL 60031 | - | | | | | | | | 0.00 |
| | | | | | | | | 349.58 | 349.58 |
| Account No. | | | | Wages | | | | | |
| Rafael Ollua 4101 Jay Ln Rolling Meadows, IL 60008 | - | | | | | | | | 0.00 |
| | | | | | | | | 1,254.21 | 1,254.21 |
| Account No. | | | | Wages | | | | | |
| Ralica Nencheva 1002 N. Plum Grove Road #314 Schaumburg, IL 60173 | - | | | | | | | | 0.00 |
| | | | | | | | | 1,154.13 | 1,154.13 |
| Account No. | | | | Wages | | | | | |
| Ramona Gordlis 4112 N. Albany Chicago, IL 60618 | - | | | | | | | | 0.00 |
| | | | | | | | | 742.58 | 742.58 |
| Account No. | | | | Wages | | | | | |
| Raymundo Puntes 7500 N. Elmhurst Road #403 Des Plaines, IL 60018 | - | | | | | | | | 0.00 |
| | | | | | | | | 1,130.46 | 1,130.46 |

Sheet __11__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 4,630.96 | 4,630.96 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Boston Blackies of Arlington Heights**                              ,    Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Roberto Ramirez**<br>**18 W. 220 Lowell Lane**<br>**Villa Park, IL 60181** | - | | **Wages** | | | | | 0.00 |
| | | | | | | | **1,385.60** | **1,385.60** |
| Account No.<br><br>**Rogelio Valdez**<br>**1700 W. Palm Dr.**<br>**#7**<br>**Mount Prospect, IL 60056** | - | | **Wages** | | | | | 0.00 |
| | | | | | | | **879.38** | **879.38** |
| Account No.<br><br>**Salvador Garcia**<br>**1968 W. Algonquin**<br>**Apt. 15C**<br>**Mount Prospect, IL 60056** | - | | **Wages** | | | | | 0.00 |
| | | | | | | | **822.38** | **822.38** |
| Account No.<br><br>**Sergio Islas-Garcia**<br>**1968 W. Algonquin Road**<br>**Mount Prospect, IL 60056** | - | | **Wages** | | | | | 0.00 |
| | | | | | | | **833.30** | **833.30** |
| Account No.<br><br>**Taline Navarro**<br>**332 Munroe Circle**<br>**Des Plaines, IL 60016** | - | | **Wages** | | | | | 0.00 |
| | | | | | | | **932.07** | **932.07** |

Sheet __12__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | **4,852.73** | **4,852.73**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Boston Blackies of Arlington Heights**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | |
| Victor Tavares 2115 S. Stonne Road Arlington Heights, IL 60005 | - | | | | | | 855.00 | 0.00 855.00 |
| Account No. | | | Wages | | | | | |
| Vilma A. Bustamante 620 W. Central Road Arlington Heights, IL 60005 | - | | | | | | 1,848.50 | 0.00 1,848.50 |
| Account No. | | | Wages | | | | | |
| Yolande Benadi 326 E. Hilton Avenue Addison, IL 60101 | - | | | | | | 1,116.87 | 0.00 1,116.87 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __13__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 3,820.37 | 0.00 3,820.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights** , Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **IL Dept. of Employment Security 33 S. State Street Chicago, IL 60603** | | - | 1st, 2nd, 3rd, 4th Quarter 2009 | | | | 5,369.00 | 0.00 <br><br> 5,369.00 |
| Account No. <br><br> **Illinois Department of Revenue 101 W Jefferson St Springfield, IL 62702** | | - | 2008-2009 sales tax | | | | 256,222.00 | 28,425.00 <br><br> 227,797.00 |
| Account No. <br><br> **Illinois Department of Revenue 101 W Jefferson St Springfield, IL 62702** | | - | w/h taxes 2nd Quarter, 3rd Quarter, 4th Quarter 2009 | | | | 14,578.00 | 0.00 <br><br> 14,578.00 |
| Account No. <br><br> **Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn St Chicago, IL 60604** | | - | w/h taxes 4th Quarter 2008, 2nd, 3rd, 4th Quarter 2009 | | | | 160,591.00 | 0.00 <br><br> 160,591.00 |
| Account No. <br><br> **Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn St Chicago, IL 60604** | | - | FUTA (940) 1st Quarter through 4th Quarter 2009 | | | | 4,062.00 | 0.00 <br><br> 4,062.00 |

Sheet __14__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 440,822.00 | 28,425.00 / 412,397.00 |
| Total (Report on Summary of Schedules) | 500,963.38 | 28,425.00 / 472,538.38 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re **Boston Blackies of Arlington Heights** ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Goods and services | | | | |
| A New Dairy, Inc 1234 W. Randolph Chicago, IL 60607 | | | | | | | | | 4,894.45 |
| Account No. 107478 | | - | | | Goods and services | | | | |
| Alpha Baking 4545 Lyndale Chicago, IL 60639 | | | | | | | | | 9,534.79 |
| Account No. 085690 | | - | | | Goods and services | | | | |
| Alsco Linen 2641 S. Leavitt Chicago, IL 60608 | | | | | | | | | 4,879.02 |
| Account No. 100906 | | - | | | Goods and services | | | | |
| Anderson Pest Control 501 W. Lake Street Suite 204 Elmhurst, IL 60126-1103 | | | | | | | | | 79.00 |
| __9__   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 19,387.26 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:33609-091116   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Boston Blackies of Arlington Heights**                              ,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **847 952-4700 699 0**<br><br>**AT&T**<br>**Bankruptcy Department**<br>**PO Box 769**<br>**Arlington, TX 76004** | | - | | Goods and services | | | | 190.32 |
| Account No. **DF COMM**<br><br>**Boston Blackies Mgmt, Inc.**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | | - | | Goods and services | | | | 4,345.96 |
| Account No.<br><br>**Boston Blackies Properties II, LLC**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | | - | | Rent | | | | 298,000.00 |
| Account No.<br><br>**Brass Tap Beverage Systems**<br>**668 E. Northwest Hwy**<br>**Mt. Prospect, IL 60056** | | - | | Goods and services | | | | 766.25 |
| Account No.<br><br>**Carson's**<br>**612 N Wells**<br>**Chicago, IL 60610** | | - | | Goods and services | | | | 14,051.50 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        317,354.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Arlington Heights** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9080400042** | | | | **Goods and services** | | | | |
| **Champion Energy** **PO Box 3115** **Houston, TX 77253-3115** | - | | | | | | | **4,357.74** |
| Account No. | | | | **Goods and services** | | | | |
| **Dalmatian Fire Equipment,LTD** **531 Monroe Street** **Dolton, IL 60419-1134** | - | | | | | | | **316.75** |
| Account No. | | | | **Goods and services** | | | | |
| **Data Wave** **1440 N. Kingsbury** **Suite 5** **Chicago, IL 60622** | - | | | | | | | **325.00** |
| Account No. | | | | **Goods and services** | | | | |
| **Donna Giannis** **801 W. Adams St** **Suite 201** **Chicago, IL 60607** | - | | | | | | | **6,000.00** |
| Account No. | | | | **Goods and services** | | | | |
| **E & A Provisions, INC.** **919 W Weathersfield Way** **Schaumburg, IL 60193** | - | | | | | | | **777.44** |

| Sheet no. __**2**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **11,776.93** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Arlington Heights**                                    ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and services | | | | |
| Empire Cooling 940 W Chicago Ave Chicago, IL 60622-5494 | | - | | | | | | 1,100.00 |
| Account No. G 1961522006 | | | | Goods and services | | | | |
| Exelon Energy 2315 Enterprise Dr Westchester, IL 60154 | | - | | | | | | 1,877.51 |
| Account No. | | | | Goods and services | | | | |
| Lux Security Systems, Inc. 3611 N. Nottingham Avenue Chicago, IL 60634 | | - | | | | | | 653.00 |
| Account No. | | | | Goods and services | | | | |
| MacCarb 4616 W Main St West Dundee, IL 60118 | | - | | | | | | 354.76 |
| Account No. | | | | Goods and services | | | | |
| Mark Solomon Ltd. PO Box 934 Northbrook, IL 60065-0934 | | - | | | | | | 29,487.00 |

| Sheet no. __3__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 33,472.27 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boston Blackies of Arlington Heights**                                    ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Goods and services | | | | |
| **MUZAK**<br>**PO Box 71070**<br>**Charlotte, NC 28272-1070** | | | | | | | 117.90 |
| Account No. | | - | Goods and services | | | | |
| **MVP Fire Protection Systems Inc.**<br>**14006 S. Kildare Ave**<br>**Crestwood, IL 60445** | | | | | | | 1,545.00 |
| Account No. 1961522006 8 | | - | Goods and services | | | | |
| **Nicor Gas**<br>**PO Box 416**<br>**Aurora, IL 60568-0001** | | | | | | | 644.18 |
| Account No. 2797 | | - | Goods and services | | | | |
| **Nordic Energy**<br>**625 Plainfield Rd**<br>**Suite 226**<br>**Willowbrook, IL 60527** | | | | | | | 1,020.38 |
| Account No. 4387741 | | - | Goods and services | | | | |
| **NSN Employer Services**<br>**PO Box 617665**<br>**Chicago, IL 60661** | | | | | | | 115.00 |

Sheet no. __4___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **3,442.46**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boston Blackies of Arlington Heights**                                    , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Goods and services | | | | |
| Radiant Systems PO Box 198755 Atlanta, GA 30384-8755 | | | | | | | | 100.00 |
| Account No. | | | - | Consulting, advisory and accounting services. Listed as Unknown so as to not duplicate claim. See Schedule D of Boston Blackies Management Company, Inc., Case No. 09 B 44643. | | | | |
| Rally Capital Services, LLC. 350 N. LaSalle Street Suite 1100 Chicago, IL 60654 | | | | | | | | Unknown |
| Account No. | X | | - | Overdraft of business checking account | | | | |
| RBS Citizens, NA d/b/a Charter One c/o Riemer & Braunstein, LLP 71 S. Wacker Dr., Ste. 3515 Chicago, IL 60606 | | | | | | | | 131,943.00 |
| Account No. | | | - | Goods and services | | | | |
| Roto-Rooter Services Co. 5672 Collections Dr Chicago, IL 60693 | | | | | | | | 420.00 |
| Account No. 29087 4 | | | - | Goods and services | | | | |
| Southern Wine & Spirits 2971 Paysphere Circle Chicago, IL 60674-2971 | | | | | | | | 1,886.02 |

Sheet no.  __5___ of  _9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **134,349.02**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Boston Blackies of Arlington Heights**                                    Case No. _____

                                              ,

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and services | | | | |
| Sta-Kleen 803 W Estes Ave Schaumburg, IL 60193 | | - | | | | | | 400.00 |
| Account No. | | | | Goods and services | | | | |
| Stewarts Private Blend Foods, Inc. 4110 Wrightwood Ave Chicago, IL 60639 | | - | | | | | | 1,953.81 |
| Account No. 53808 | | | | Goods and services | | | | |
| Supreme Lobster 220 E North Ave Villa Park, IL 60181-1221 | | - | | | | | | 2,096.59 |
| Account No. | | | | Goods and services. Listed as Unknown so as to not duplicate claim. See Schedule F of Boston Blackies of Riverside Plaza, Inc., Case No. 09 B 44646. | | | | |
| Sysco Chicago Inc c/o McMahan R. Sigunick Ltd. 412 S. Wells St, 6th Floor Chicago, IL 60607 | X | - | | | X | X | | Unknown |
| Account No. 24689 | | | | Goods and services | | | | |
| Taylor Chicago Distributors 873 Cambridge Dr Elk Grove Village, IL 60007 | | - | | | | | | 653.05 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **5,103.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Arlington Heights**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Total Management Systems** <br> **900 W Fullerton Ave** <br> **Addison, IL 60101-3306** | | - | | **Goods and services** | | | | **3,330.56** |
| Account No. **9184** <br><br> **TriMark Marlinn** <br> **6100 W 73rd St** <br> **Suite 1** <br> **Bedford Park, IL 60638** | | - | | **Goods and services** | | | | **31,368.92** |
| Account No. <br><br> **Unique Food Equipment** <br> **10520 Indianapolis Ave** <br> **Chicago, IL 60617** | | - | | **Goods and services** | | | | **11,500.00** |
| Account No. **20484754** <br><br> **US Food** <br> **PO Box 98045** <br> **Chicago, IL 60693** | | - | | **Goods and services** | | | | **40,891.09** |
| Account No. <br><br> **Versa Foods, Inc.** <br> **320 W Gerri Lane** <br> **Addison, IL 60101-5012** | | - | | **Goods and services** | | | | **13,592.70** |

Sheet no. __7__ of __9__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)      **100,683.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boston Blackies of Arlington Heights** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Veterans Linen Supply Co., INC.**<br>**627 S 89th St**<br>**Milwaukee, WI 53214** | | - | Goods and services | | | | 554.25 |
| Account No. **001-140-00005642**<br><br>**Vienna Sausage MFG. Co.**<br>**8033 Solutions Center**<br>**Chicago, IL 60677-8000** | | - | Goods and services | | | | 1,996.01 |
| Account No.<br><br>**Walter J. Jr. Inc.**<br>**2441 Seminary Ave**<br>**Des Plaines, IL 60016** | | - | Goods and services | | | | 7,275.00 |
| Account No. **312-216762-5**<br><br>**Washington Mutual**<br>**c/o JP Morgan Chase Bank**<br>**PO Box 660022**<br>**Dallas, TX 75266** | | - | Overdraft of business checking account | | | | 246,316.00 |
| Account No. **152-8114452-2008-0**<br><br>**Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197-4648** | | - | Goods and services | | | | 1,207.78 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **257,349.04**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Arlington Heights**        ,     Case No. _____

                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and services | | | | |
| **White Way Sign Dept. 5090 PO Box 87618 Chicago, IL 60680-0618** | - | | | | | | | 346.80 |
| Account No. | | | | Goods and services | | | | |
| **Wirtz Beverage Illinois PO Box 809180 Chicago, IL 60680-9180** | - | | | | | | | 548.20 |
| Account No. | | | | Goods and services | | | | |
| **Wood Food Systems 19127 W Casey Rd Libertyville, IL 60048** | - | | | | | | | 1,817.06 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,712.06 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 885,629.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Boston Blackies of Arlington Heights**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alsco**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | **Linen** |
| **Boston Blackies Management, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **management agreement** |
| **Boston Blackies Properties II, LLC**<br>**222 E. Algonquin Rd**<br>**Arlington Heights, IL 60005** | **non residential lease** |
| **Donick Holdings, Inc,**<br>**801 W Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Trademark license agreements** |
| **Empire Cooler Service, Inc.**<br>**940 W. Chicago Avenue**<br>**Chicago, IL 60622** | **Ice machine** |
| **Peter Pan Restaurant Management and**<br>**Consultants, Inc.**<br>**612 N. Wells Street**<br>**Chicago, IL 60614** | **Trade secret license agreements** |
| **Rally Capital Services, LLC.**<br>**350 N. LaSalle Street**<br>**Suite 1100**<br>**Chicago, IL 60654** | **Consulting, advisory and accounting services** |
| **Total Management Systems, Inc.**<br>**900 W. Fullerton Avenue**<br>**Addison, IL 60101** | **Dishwasher and supplies** |
| **Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197** | **Scavenger services** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re __Boston Blackies of Arlington Heights_____,   Case No. _____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **164 Grand Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **164 Grand Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **164 Grand Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** |
| **Boston Blackies Lake Cook Plaza Inc**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Boston Blackies Lake Cook Plaza Inc**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies Lake Cook Plaza Inc**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** |
| **Boston Blackies Management, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Boston Blackies Management, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies Naperville LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |

**2**

____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Boston Blackies of Arlington Heights**                                              Case No. _____
_____,
Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Boston Blackies Naperville LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies Naperville LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** |
| **Boston Blackies of Lincoln Park LLC**<br>**1962 N Halsted**<br>**Chicago, IL 60614** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies of Lincoln Park LLC**<br>**1962 N Halsted**<br>**Chicago, IL 60614** | **Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** |
| **Boston Blackies of Riverside Plaza**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Boston Blackies of Riverside Plaza**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies of Riverside Plaza**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** |
| **Boston Blackies of Skokie, Inc.**<br>**9525 Skokie Blvd.**<br>**Skokie, IL 60077** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies of Skokie, Inc.**<br>**9525 Skokie Blvd.**<br>**Skokie, IL 60077** | **Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** |
| **Boston Blackies of Winnetka LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |

Sheet _____**1**_____ of _____**2**_____ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **Boston Blackies of Arlington Heights**                                    ,   Case No. _____

                                              Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Boston Blackies of Winnetka LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Boston Blackies of Winnetka LLC**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** |
| **Chris Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Chris Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** |
| **Chris Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** |
| **Donick Holdings, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Donna Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Nick Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** |
| **Nick Giannis**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __**Boston Blackies of Arlington Heights**_____   Case No. _____

Debtor(s)                          Chapter      **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**37**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __**November 24, 2009**_____          Signature    __**/s/ Nick Giannis**_____

                                                        **Nick Giannis**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Boston Blackies of Arlington Heights**

Case No. _____

Debtor(s)   Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,084,883.00** | **2008 gross receipts** |
| **$2,981,336.00** | **2007 gross receipts** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **A New Dairy, Inc**<br>**1234 W. Randolph**<br>**Chicago, IL 60607** | **August 23, 2009 to**<br>**November 23, 2009** | **$6,891.17** | **$4,894.45** |
| **Illinois Department of Revenue**<br>**Springfield, IL 62726** | **August 23, 2009 to**<br>**November 23, 2009** | **$18,152.00** | **$14,578.00** |
| **Mark Solomon Ltd.**<br>**PO Box 934**<br>**Northbrook, IL 60065-0934** | **August 23, 2009 to**<br>**November 23, 2009** | **$21,914.00** | **$29,487.00** |
| **Southern Wine & Spirits**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674-2971** | **August 23, 2009 to**<br>**November 23, 2009** | **$7,357.05** | **$1,886.02** |
| **Versa Foods, Inc.**<br>**320 W Gerri Lane**<br>**Addison, IL 60101-5012** | **August 23, 2009 to**<br>**November 23, 2009** | **$6,659.15** | **$13,592.70** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **GE Capital Corp**<br>**09 CV 6013** | **Breach of contract** | **USDC, No. Dist. of Illinois** | **pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **RBS Citizens, N.A., d/b/a Charter One, as successor by merger with Charter One Bank, N.A.**<br>**09 L 2708** | **Breach of contract** | **Cook County, IL** | **pending** |
| **Sysco Chicago, Inc.**<br>**09 L 5373** | **Breach of contract** | **Cook County, IL** | **pending** |

None ■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■     a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■     b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■     List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case. (**Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Western Springs National Bank & Trust** | **(. . . 6500)** | **February 2009** |
| **WaMu** | **(. . . 762-5)** | **November 2008** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

6

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Boston Blackies Management, Inc.**<br>**801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** | **2002 to present** |
| **J. Pappas Accounting Group**<br>**17W729 Roosevelt Road**<br>**Oak Brook Terrace, IL 60181** | **2007 to present** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Boston Blackies Management, Inc.** | **801 West Adams Street**<br>**Suite 201**<br>**Chicago, IL 60607** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **GE Capital Corp.**<br>**8377 E. Hartford Drive**<br>**Suite 200**<br>**Scottsdale, AZ 85255** | **October 2008**<br>**January, March, June 2009** |
| **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** | **October 2008** |
| **BLC. LLC/ Ciena Capital LLC**<br>**PO Box 26507**<br>**Greenville, SC 29616** | **January 2009** |
| **Suburban Bank & Trust** | **March 2009** |

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|--------------------------------------------------------------------|
| **10/31/09** | **Chris Giannis** | **$17,880 liquor at cost**<br>**$17,366 food at cost** |
| **11/16/09** | **Chris Giannis** | **$18,482 liquor at cost**<br>**$17,095 food at cost** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| **10/31/09** | **Chris Giannis** |
| **11/16/09** | **Chris Giannis** |

8

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Nick Giannis** | **Managing member** | **47 1/2%** |
| **Donna Giannis** | **Managing member** | **47 1/2%** |
| **Chris Giannis** | **Managing member** | **5%** |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **November 24, 2009**                      Signature   **/s/ Nick Giannis**
                                                                    **Nick Giannis**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Boston Blackies of Arlington Heights**                              ,
Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chris Giannis**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **membership** | **5%** | |
| **Donna Giannis**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **membership** | **47 1/2%** | |
| **Nick Giannis**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **membership** | **47 1/2%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**November 24, 2009**_____        Signature__**/s/ Nick Giannis**_____
**Nick Giannis**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>__0__</u>___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Boston Blackies of Arlington Heights_____          Case No. _____

                                        Debtor(s)          Chapter    __11_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        _____**134**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    __November 24, 2009_____          /s/ Nick Giannis_____
                                             **Nick Giannis**/
                                             Signer/Title

164 Grand Inc.
801 West Adams Street
Suite 201
Chicago, IL 60607


A New Dairy, Inc
1234 W. Randolph
Chicago, IL 60607


Alan Vazquez
2032 W. Algonquin Road
Apt. 3B
Mount Prospect, IL 60056


Alejandro Alcantar
1705 Forest Cove
Mount Prospect, IL 60056


Alpha Baking
4545 Lyndale
Chicago, IL 60639


Alsco
2641 S. Leavitt
Chicago, IL 60608


Alsco Linen
2641 S. Leavitt
Chicago, IL 60608


Anderson Pest Control
501 W. Lake Street
Suite 204
Elmhurst, IL 60126-1103


Angel Garcia
5401 Chateau Drive
Apt. 2
Rolling Meadows, IL 60008


Angel Gonzalez
8915 Robin Dr. #B
Des Plaines, IL 60016

Angel Ramirez
18 W. 220 Lowell Lane
Villa Park, IL 60181

Angela Schein
75 Kristin Circle
#621
Schaumburg, IL 60195

Antonio Desantiago
2304 Algonquin Parkway
Rolling Meadows, IL 60008

Armando Rojas
2500 Elmhurst Road
Des Plaines, IL 60018

Armano Z. Lopez
7500 Elmhurst Road
Des Plaines, IL 60018

Arnulfo Luna
1623 N. Talman
Chicago, IL 60623

Arturo Modrano
8143 Northway Dr.
Hanover Park, IL 60133

AT&T
Bankruptcy Department
PO Box 769
Arlington, TX 76004

Boston Blackies Lake Cook Plaza Inc
801 West Adams Street
Suite 201
Chicago, IL 60607

Boston Blackies Management, Inc.
801 West Adams Street
Suite 201
Chicago, IL 60607

Boston Blackies Mgmt, Inc.
801 W. Adams St
Suite 201
Chicago, IL 60607


Boston Blackies Naperville LLC
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies of Lincoln Park LLC
1962 N Halsted
Chicago, IL 60614


Boston Blackies of Riverside Plaza
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies of Skokie, Inc.
9525 Skokie Blvd.
Skokie, IL 60077


Boston Blackies of Winnetka LLC
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies Properties II, LLC
801 W. Adams St
Suite 201
Chicago, IL 60607


Boston Blackies Properties II, LLC
222 E. Algonquin Rd
Arlington Heights, IL 60005


Brass Tap Beverage Systems
668 E. Northwest Hwy
Mt. Prospect, IL 60056


Carlos De La Cruz
2401 Birch Lane
Rolling Meadows, IL 60008

Carson's
612 N Wells
Chicago, IL 60610


Champion Energy
PO Box 3115
Houston, TX 77253-3115


Chris Giannis
801 West Adams Street
Suite 201
Chicago, IL 60607


Christopher D. Cline
1730 Birch Place Apt. 107
Schaumburg, IL 60173


Dalmatian Fire Equipment,LTD
531 Monroe Street
Dolton, IL 60419-1134


Data Wave
1440 N. Kingsbury
Suite 5
Chicago, IL 60622


Dino Nicolopoulos
6802 Seward Street
Niles, IL 60714


Donick Holdings, Inc,
801 W Adams St
Suite 201
Chicago, IL 60607


Donick Holdings, Inc.
801 West Adams Street
Suite 201
Chicago, IL 60607


Donna Giannis
801 W. Adams St
Suite 201
Chicago, IL 60607

Donna Giannis
801 West Adams Street
Suite 201
Chicago, IL 60607


E & A Provisions, INC.
919 W Weathersfield Way
Schaumburg, IL 60193


Empire Cooler Service, Inc.
940 W. Chicago Avenue
Chicago, IL 60622


Empire Cooling
940 W Chicago Ave
Chicago, IL 60622-5494


Evelyn Nicolopoulos
6802 Seward Street
Niles, IL 60714


Exelon Energy
2315 Enterprise Dr
Westchester, IL 60154


Fernando Galvan
1444 S. Busse Rd. Apt. 1E
Mount Prospect, IL 60056


Fidensio Aguilar
4813 Weber Road
Rolling Meadows, IL 60008


Gabriela Filipova
8548 Berwyn
Chicago, IL 60656


GE Capital Corp.
8377 E. Hartford Drive
Suite 200
Scottsdale, AZ 85255

GE Capital Corp.
c/o R. Peterson, Jenner & Block
330 N Wabash Ave, 38th Flr
Chicago, IL 60611


Gerardo Irungaray
2402 Algonquin Road
Rolling Meadows, IL 60008


Gustavo Mora
9372 Gold Road Apt 3B
Des Plaines, IL 60016


Heather Pearson
4704 Euclid Avenue
Apt. 1B
Rolling Meadows, IL 60008


Heriberto Lazaro
1420 S. Bussee Rd., #2B
Mount Prospect, IL 60056


IL Dept. of Employment Security
33 S. State Street
Chicago, IL 60603


Illinois Department of Revenue
101 W Jefferson St
Springfield, IL 62702


Inas Y. Awwd
1317 Oakwood Avenue
#1N
Des Plaines, IL 60016


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


Jara Abraham
2170 Gobbert Drive
Arlington Heights, IL 60005

Javier Acuna
452 W. Touhy Lane
#442
Des Plaines, IL 60016


Jerry E. Dillon
24404 Algonquin Road
Apt. 16
Rolling Meadows, IL 60008


Jesus Camarillo
333 N. Edgewood Avenue
Wood Dale, IL 60191


Joanna Tsimogiannis
714 Cobblestone Circle
Glenview, IL 60025


Jose De Santiago
4912 Algonquin Pkwy
Apt. A
Rolling Meadows, IL 60008


Jose Flores
4217 Junifer Lane
3F
Arlington Heights, IL 60004


Jose Luis Camarillo
2213 Central Road
Rolling Meadows, IL 60008


Jose Salazar
2329 South Cannon Drive
Mount Prospect, IL 60056


Jose Trujilo
3302 Central Road
Rolling Meadows, IL 60008


Justin Christensen
112 E. Seegers Road
Arlington Heights, IL 60005

Kathy Nocolopoulos
6802 Seward Street
Niles, IL 60714

Laura Gallardo
1301 B Kings Budy
Hanover Park, IL 60133

Lauren Boylian
25 Kenilworth
Elk Grove Village, IL 60007

Leonidas Fronimos
1623 Greenwood
Mount Prospect, IL 60056

Lux Security Systems, Inc.
3611 N. Nottingham Avenue
Chicago, IL 60634

MacCarb
4616 W Main St
West Dundee, IL 60118

Manuel Medrano
729 S. Springinsguth Rd.
Schaumburg, IL 60193

Manuel Mora
25399 W. Columbia Bay Drive
Lake Villa, IL 60046

Mario Cortez
2018 W. Algonquin Road
Apt. 7A
Mount Prospect, IL 60056

Mark Solomon Ltd.
PO Box 934
Northbrook, IL 60065-0934

Matthew Padrak
1170 Terrace Ct.
Glencoe, IL 60022

Michelle L. Cosmano
609 Darien Court
Schaumburg, IL 60194


Monserrat Hernandez
2401 Birch Lane
Rolling Meadows, IL 60008


MUZAK
PO Box 71070
Charlotte, NC 28272-1070


MVP Fire Protection Systems Inc.
14006 S. Kildare Ave
Crestwood, IL 60445


Nick Giannis
801 West Adams Street
Suite 201
Chicago, IL 60607


Nicor Gas
PO Box 416
Aurora, IL 60568-0001


Nordic Energy
625 Plainfield Rd
Suite 226
Willowbrook, IL 60527


NSN Employer Services
PO Box 617665
Chicago, IL 60661


Oliver Hernandez
2756 N. Nordica
Elmwood Park, IL 60707


Omar Espino
2028 W. Algonquin Road #4B
Mount Prospect, IL 60056


Omar Hernandez
2756 N. Nordica
Chicago, IL 60707

Orlando Sanchez
542 Dempster St.
#1
Mount Prospect, IL 60056

Oscar Mora
9372 Golf Road
Apt. 3B
Des Plaines, IL 60016

Oscar N. Hernandez
2756 N. Nordica
Chicago, IL 60707

Pamela Vlahapoulos
638 Ravina Drive
Gurnee, IL 60031

Peter Pan Restaurant Management and
Consultants, Inc.
612 N. Wells Street
Chicago, IL 60614

Radiant Systems
PO Box 198755
Atlanta, GA 30384-8755

Rafael Ollua
4101 Jay Ln
Rolling Meadows, IL 60008

Ralica Nencheva
1002 N. Plum Grove Road
#314
Schaumburg, IL 60173

Rally Capital Services, LLC.
350 N. LaSalle Street
Suite 1100
Chicago, IL 60654

Ramona Gordlis
4112 N. Albany
Chicago, IL 60618

Raymundo Puntes
7500 N. Elmhurst Road
#403
Des Plaines, IL 60018


RBS Citizens, NA d/b/a Charter One
c/o Riemer & Braunstein, LLP
71 S. Wacker Dr., Ste. 3515
Chicago, IL 60606


Roberto Ramirez
18 W. 220 Lowell Lane
Villa Park, IL 60181


Rogelio Valdez
1700 W. Palm Dr.
#7
Mount Prospect, IL 60056


Roto-Rooter Services Co.
5672 Collections Dr
Chicago, IL 60693


Salvador Garcia
1968 W. Algonquin
Apt. 15C
Mount Prospect, IL 60056


Sergio Islas-Garcia
1968 W. Algonquin Road
Mount Prospect, IL 60056


Southern Wine & Spirits
2971 Paysphere Circle
Chicago, IL 60674-2971


Sta-Kleen
803 W Estes Ave
Schaumburg, IL 60193


Stewarts Private Blend Foods, Inc.
4110 Wrightwood Ave
Chicago, IL 60639

Supreme Lobster
220 E North Ave
Villa Park, IL 60181-1221


Sysco Chicago Inc
c/o McMahan R. Sigunick Ltd.
412 S. Wells St, 6th Floor
Chicago, IL 60607


Taline Navarro
332 Munroe Circle
Des Plaines, IL 60016


Taylor Chicago Distributors
873 Cambridge Dr
Elk Grove Village, IL 60007


Total Management Systems
900 W Fullerton Ave
Addison, IL 60101-3306


Total Management Systems, Inc.
900 W. Fullerton Avenue
Addison, IL 60101


TriMark Marlinn
6100 W 73rd St
Suite 1
Bedford Park, IL 60638


Unique Food Equipment
10520 Indianapolis Ave
Chicago, IL 60617


US Food
PO Box 98045
Chicago, IL 60693


Versa Foods, Inc.
320 W Gerri Lane
Addison, IL 60101-5012


Veterans Linen Supply Co., INC.
627 S 89th St
Milwaukee, WI 53214

Victor Tavares
2115 S. Stonne Road
Arlington Heights, IL 60005


Vienna Sausage MFG. Co.
8033 Solutions Center
Chicago, IL 60677-8000


Vilma A. Bustamante
620 W. Central Road
Arlington Heights, IL 60005


Walter J. Jr. Inc.
2441 Seminary Ave
Des Plaines, IL 60016


Washington Mutual
c/o JP Morgan Chase Bank
PO Box 660022
Dallas, TX 75266


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Waste Management
PO Box 4648
Carol Stream, IL 60197


White Way Sign
Dept. 5090
PO Box 87618
Chicago, IL 60680-0618


Wirtz Beverage Illinois
PO Box 809180
Chicago, IL 60680-9180


Wood Food Systems
19127 W Casey Rd
Libertyville, IL 60048


Yolande Benadi
326 E. Hilton Avenue
Addison, IL 60101

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Boston Blackies of Arlington Heights**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Boston Blackies of Arlington Heights**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 24, 2009**

Date

**/s/ Robert R. Benjamin**

**Robert R. Benjamin 0170429**

Signature of Attorney or Litigant

Counsel for    **Boston Blackies of Arlington Heights**

**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000 Fax:(312)540-0578**
**rbenjamin@querrey.com**