UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                          §
                                                §
BOSTON BLACKIES OF ARLINGTON   §      Case No. 09-44654
HEIGHT
                                                §
         Debtor(s)                           §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　　CLERK  OF THE COURT
　　　　　　　　　　219 s. DEARBORN STREET
　　　　　　　　　　CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/28/2013 in Courtroom 682,
　　　　　　　　　　United States Courthouse
　　　　　　　　　　219 S. Dearborn Street
　　　　　　　　　　Chicago IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/18/2013　　　　　　　　　By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOSTON BLACKIES OF ARLINGTON § Case No. 09-44654
HEIGHT
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 110,729.46 |
| and approved disbursements of | $ | 110,729.46 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Illinois Dept of Revenue | $ 243,269.88 | $ 243,269.88 | $ 0.00 | $ 0.00 |
| 3 | Illinois Dept of Revenue | $ 296.38 | $ 296.38 | $ 0.00 | $ 0.00 |
| 11A | Illinois Dept of Employment Seucurity | $ 494.43 | $ 494.43 | $ 0.00 | $ 0.00 |
| 20A | RBS Citizens | $ 55,979.14 | $ 55,979.14 | $ 0.00 | $ 0.00 |
| 21 | General Electric Capital | $ 6,275,307.03 | $ 6,275,307.03 | $ 54,214.97 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 8,786.47 | $ 0.00 | $ 0.00 |
| Fees: Office of U.S. Trustee | $ 6,506.14 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $               0.00

Remaining Balance                                          $               0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Dino Nicolopoulos | $ 6,000.00 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses    $               0.00

Remaining Balance                                              $               0.00


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 248,503.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Illinois Dept of Revenue | $ 39,535.16 | $ 0.00 | $ 0.00 |
| 3A | Illinios Dept of Revenue | $ 17,798.11 | $ 0.00 | $ 0.00 |
| 11C | Illinois Dept of Employment Security | $ 2,401.78 | $ 0.00 | $ 0.00 |
| 16 | Dino Nicolopoulos | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 24 | Pamela Vlahapoulos | $ 170.00 | $ 0.00 | $ 0.00 |
| 25 | Dept of Treasury | $ 179,432.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $               0.00

Remaining Balance                          $               0.00


UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,990,990.08  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | National Republic Bank of Chicago | $ 1,156,955.56 | $ 0.00 | $ 0.00 |
| 2B | Illinois Dept of Revenue | $ 1,080.36 | $ 0.00 | $ 0.00 |
| 3B | Illinios Dept of Revenue | $ 921.55 | $ 0.00 | $ 0.00 |
| 4 | TriMark Marlinn | $ 14,616.22 | $ 0.00 | $ 0.00 |
| 5 | Southern Wine & Spirits | $ 3,508.92 | $ 0.00 | $ 0.00 |
| 6 | Wood Food Systems | $ 2,230.12 | $ 0.00 | $ 0.00 |
| 7 | MacCarb | $ 354.76 | $ 0.00 | $ 0.00 |
| 8 | Sysco Chicago Inc | $ 1,262,310.36 | $ 0.00 | $ 0.00 |
| 9 | A New Dairy Inc. | $ 5,849.15 | $ 0.00 | $ 0.00 |
| 10 | Illinois Dept of Employment Security | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Illinois Dept of Employment Security | $ 155.00 | $ 0.00 | $ 0.00 |
| 12 | Rally Capital Services LLC | $ 60,500.00 | $ 0.00 | $ 0.00 |
| 13 | Vienna Beef Ltd | $ 2,414.96 | $ 0.00 | $ 0.00 |
| 14 | Mark Solomon Ltd | $ 32,899.00 | $ 0.00 | $ 0.00 |
| 15 | Alpha Bakning | $ 9,925.04 | $ 0.00 | $ 0.00 |
| 17 | Kathy Nicolopoulos | $ 7,200.00 | $ 0.00 | $ 0.00 |
| 19 | Matthew Padrak | $ 1,200.00 | $ 0.00 | $ 0.00 |
| 20 | RBS Citizens | $ 983,962.25 | $ 0.00 | $ 0.00 |
| 22 | Exelon Energy Company | $ 1,877.51 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | CoActiv Capital Partners | $ 1,181,990.29 | $ 0.00 | $ 0.00 |
| 25A | Dept of Treasury | $ 249,903.47 | $ 0.00 | $ 0.00 |
| 28 | U.S. Foodservice | $ 7,948.50 | $ 0.00 | $ 0.00 |
| 29 | Wirtz Beverage Illinois | $ 486.26 | $ 0.00 | $ 0.00 |
| 30 | Supreme Lobster | $ 2,281.82 | $ 0.00 | $ 0.00 |
| 31 | Dalmatian Fire Eqpt | $ 418.98 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $           0.00

Remaining Balance     $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                               Case No. 09-44654-JBS
Boston Blackies of Arlington Heights                                 Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez               Page 1 of 4                   Date Rcvd: Jan 22, 2013
                              Form ID: pdf006             Total Noticed: 141


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2013.
db           +Boston Blackies of Arlington Heights,    801 W. Adams Street,    Suite 201,
               Chicago, IL 60607-3035
14768611     +A New Dairy, Inc,    1234 W. Randolph,   Chicago, IL 60607-1604
14768627     +AT&T,   Bankruptcy Department,    PO Box 769,   Arlington, TX 76004-0769
14768613     +Alejandro Alcantar,    1705 Forest Cove,   Mount Prospect, IL 60056-5494
14768614     +Alpha Baking,    5001 W Polk St,   Chicago IL 60644-5249
14768615     +Alsco,   2641 S. Leavitt,    Chicago, IL 60608-5215
14768616     +Alsco Linen,    2641 S. Leavitt,   Chicago, IL 60608-5215
14768617     +Anderson Pest Control,    501 W. Lake Street,   Suite 204,    Elmhurst, IL 60126-1419
14768618     +Angel Garcia,    5401 Chateau Drive,   Apt. 2,   Rolling Meadows, IL 60008-4157
14768619     +Angel Gonzalez,    8915 Robin Dr. #B,   Des Plaines, IL 60016-5486
14768620     +Angel Ramirez,    18 W. 220 Lowell Lane,   Villa Park, IL 60181-3814
14768621     +Angela Schein,    75 Kristin Circle,   #621,   Schaumburg, IL 60195-3361
14768622     +Antonio Desantiago,    2304 Algonquin Parkway,   Rolling Meadows, IL 60008-3604
14768623      Armando Rojas,    2500 Elmhurst Road,   Des Plaines, IL 60018
14768624     +Armano Z. Lopez,    7500 Elmhurst Road,   Des Plaines, IL 60018-2531
14768625     +Arnulfo Luna,    1623 N. Talman,   Chicago, IL 60647-6945
14768626     +Arturo Modrano,    8143 Northway Dr.,   Hanover Park, IL 60133-2432
14768628     +Boston Blackies Lake Cook Plaza Inc,    801 West Adams Street,    Suite 201,
               Chicago, IL 60607-3035
14768631     +Boston Blackies Naperville LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768636     +Boston Blackies Properties II, LLC,    801 W. Adams St,    Suite 201,    Chicago, IL 60607-3035
14768637     +Boston Blackies Properties II, LLC,    222 E. Algonquin Rd,    Arlington Heights, IL 60005-4662
14768632     +Boston Blackies of Lincoln Park LLC,    1962 N Halsted,    Chicago, IL 60614-5009
15148389     +Boston Blackies of Naperville LLC,    916 S Route 59,    Naperville IL 60540-0933
14768633     +Boston Blackies of Riverside Plaza,    801 West Adams Street,    Suite 201,
               Chicago, IL 60607-3035
14768634     +Boston Blackies of Skokie, Inc.,    9525 Skokie Blvd.,    Skokie, IL 60077-1314
14768635     +Boston Blackies of Winnetka LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768638     +Brass Tap Beverage Systems,    668 E. Northwest Hwy,    Mt. Prospect, IL 60056-3364
14768737    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Washington Mutual,    c/o JP Morgan Chase Bank,    PO Box 660022,
               Dallas, TX 75266)
14768639    #+Carlos De La Cruz,    2401 Birch Lane,   Rolling Meadows, IL 60008-3405
14768640     +Carson's,    612 N Wells,   Chicago, IL 60654-3715
14768641      Champion Energy,    PO Box 3115,   Houston, TX 77253-3115
14768642     +Chris Giannis,    801 West Adams Street,   Suite 201,    Chicago, IL 60607-3035
14768643     +Christopher D. Cline,    1730 Birch Place Apt. 107,    Schaumburg, IL 60173-4221
15164723     +CoActiv Capital Partners, Inc.,    c/o Deeb, Petrakis, Blum & Murphy, P.C.,    1601 Market Street,
               Philadelphia, PA 19103-2301
14768644      Dalmatian Fire Equipment,LTD,    531 Monroe Street,    Dolton, IL 60419-1134
14768645     +Data Wave,    1440 N. Kingsbury,   Suite 5,   Chicago, IL 60642-2690
14768646     +Dino Nicolopoulos,    6802 Seward Street,   Niles, IL 60714-3017
15148395     +DirecTV,    DirecTV Office of General Cousnel,    PO Box 915,    El Segundo CA 90245-0915
14768647     +Donick Holdings, Inc,,    801 W Adams St,   Suite 201,    Chicago, IL 60607-3035
14768648     +Donick Holdings, Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768649     +Donna Giannis,    801 W. Adams St,   Suite 201,    Chicago, IL 60607-3035
14768650     +Donna Giannis,    801 West Adams Street,   Suite 201,    Chicago, IL 60607-3035
15148391     +Donna Giannis,    6424 North Tower Court,   Lincolnwood IL 60712-4208
14768651     +E & A Provisions, INC.,    919 W Weathersfield Way,    Schaumburg, IL 60193-2647
14768652     +Empire Cooler Service, Inc.,    940 W. Chicago Avenue,    Chicago, IL 60642-5494
14768653     +Empire Cooling,    940 W Chicago Ave,   Chicago, IL 60642-5494
14768654     +Evelyn Nicolopoulos,    6802 Seward Street,   Niles, IL 60714-3017
14768655     +Exelon Energy,    2315 Enterprise Dr,   Westchester, IL 60154-5811
15163032     +Exelon Energy Company,    c/o Lynn R Zack,   2301 Market St S23-1,    Philadelphia PA 19103-1338
14768657     +Fidensio Aguilar,    4813 Weber Road,   Rolling Meadows, IL 60008-3400
14768660     +GE Capital Corp.,    c/o R. Peterson, Jenner & Block,    330 N Wabash Ave, 38th Flr,
               Chicago, IL 60611-3586
14768659     +GE Capital Corp.,    8377 E. Hartford Drive,   Suite 200,    Scottsdale, AZ 85255-5687
15159514     +General Electric Capital Corporation,    Attn: Collateral Management,
               8377 East Hartford Drive, Suite 200,    Scottsdale, AZ 85255-5687
14768661     +Gerardo Irungaray,    2402 Algonquin Road,   Rolling Meadows, IL 60008-3576
14768662     +Gustavo Mora,    9372 Gold Road Apt 3B,   Des Plaines, IL 60016-1666
14768663     +Heather Pearson,    4704 Euclid Avenue,   Apt. 1B,   Rolling Meadows, IL 60008-1959
14768664     +Heriberto Lazaro,    1420 S. Bussee Rd., #2B,   Mount Prospect, IL 60056-4745
14768665     +IL Dept. of Employment Security,    33 S. State Street,    Chicago, IL 60603-2808
14768666    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    101 W Jefferson St,
               Springfield, IL 62702)
14926273     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcry Unit - 10th flr.
14925843     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
```

```
District/off: 0752-1           User: bchavez              Page 2 of 4             Date Rcvd: Jan 22, 2013
                               Form ID: pdf006            Total Noticed: 141


14814285       Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,    Chicago, IL 60664-0338
14768667      +Inas Y. Awwd,   1317 Oakwood Avenue,   #1N,   Des Plaines, IL 60016-6582
14768669      +Jara Abraham,   2170 Gobbert Drive,   Arlington Heights, IL 60005-5226
14768670      +Javier Acuna,   452 W. Touhy Lane,   #442,   Des Plaines, IL 60018-2478
14768671       Jerry E. Dillon,   24404 Algonquin Road,   Apt. 16,   Rolling Meadows, IL 60008
14768672      +Jesus Camarillo,   333 N. Edgewood Avenue,   Wood Dale, IL 60191-1631
14768673      +Joanna Tsimogiannis,   714 Cobblestone Circle,   Glenview, IL 60025-3825
14768674      +Jose De Santiago,   4912 Algonquin Pkwy,   Apt. A,   Rolling Meadows, IL 60008-3629
14768675       Jose Flores,   4217 Junifer Lane,   3F,   Arlington Heights, IL 60004
14768676      +Jose Luis Camarillo,   2213 Central Road,   Rolling Meadows, IL 60008-2912
14768677      +Jose Salazar,   2329 South Cannon Drive,   Mount Prospect, IL 60056-5957
14768679      +Justin Christensen,   112 E. Seegers Road,   Arlington Heights, IL 60005-4022
14768680      +Kathy Nocolopoulos,   6802 Seward Street,   Niles, IL 60714-3017
14768681      +Laura Gallardo,   1301 B Kings Budy,   Hanover Park, IL 60133-2500
14768682      +Lauren Boylian,   25 Kenilworth,   Elk Grove Village, IL 60007-3920
14768683      +Leonidas Fronimos,   1623 Greenwood,   Mount Prospect, IL 60056-1521
14768684      +Lux Security Systems, Inc.,   3611 N. Nottingham Avenue,   Chicago, IL 60634-2243
14768685      +MacCarb,   4616 W Main St,   West Dundee, IL 60118-9414
14768686      +Manuel Medrano,   729 S. Springinsguth Rd.,   Schaumburg, IL 60193-2450
14768687      +Manuel Mora,   25399 W. Columbia Bay Drive,   Lake Villa, IL 60046-9771
14768688      +Mario Cortez,   2018 W. Algonquin Road,   Apt. 7A,   Mount Prospect, IL 60056-4655
14768689       Mark Solomon Ltd.,   PO Box 934,   Northbrook, IL 60065-0934
14768690      +Matthew Padrak,   1170 Terrace Ct.,   Glencoe, IL 60022-1241
14768691      +Michelle L. Cosmano,   609 Darien Court,   Schaumburg, IL 60169-2753
14768692      +Monserrat Hernandez,   2401 Birch Lane,   Rolling Meadows, IL 60008-3405
14768698      +NSN Employer Services,   PO Box 617665,   Chicago, IL 60661-7665
14802322      +National Republic Bank of Chicago,   c/o Edward Fitzgerald,   1201 West Harrison Street,
                Chicago, IL 60607-3329
14768695      +Nick Giannis,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
15148392      +Nick Giannis,   6424 North Tower Court,   Lincolnwood IL 60712-4208
14768697     #+Nordic Energy,   625 Plainfield Rd,   Suite 226,   Willowbrook, IL 60527-5368
14768699      +Oliver Hernandez,   2756 N. Nordica,   Elmwood Park, IL 60707-1709
14768700      +Omar Espino,   2028 W. Algonquin Road #4B,   Mount Prospect, IL 60056-4664
14768701      +Omar Hernandez,   2756 N. Nordica,   Chicago, IL 60707-1709
14768610      +One Sixty Four Grand Inc.,   801 West Adams Street,   Suite 201,   Chicago, IL 60607-3035
14768703      +Oscar Mora,   9372 Golf Road,   Apt. 3B,   Des Plaines, IL 60016-1666
14768704      +Oscar N. Hernandez,   2756 N. Nordica,   Chicago, IL 60707-1709
14768705      +Pamela Vlahapoulos,   1623 E Cedar Lane,   Mt Prospect IL 60056-1517
14768706      +Peter Pan Restaurant Management and,   Consultants, Inc.,   612 N. Wells Street,
                Chicago, IL 60654-3715
14768713      +RBS Citizens NA d/b/a Charter One,   Robert M Lombardo,   Riemer & Braunstein LLP,
                71 S Wacker Dr #3515,   Chicago IL 60606-4610
14768707       Radiant Systems,   PO Box 198755,   Atlanta, GA 30384-8755
14768708      +Rafael Ollua,   4101 Jay Ln,   Rolling Meadows, IL 60008-2946
14768709     #+Ralica Nencheva,   1002 N. Plum Grove Road,   #314,   Schaumburg, IL 60173-4666
14768710       Rally Capital Services LLC,   350 N LaSalle Street #1100,   Chicago IL 60654-5131
14768711      +Ramona Gordlis,   4112 N. Albany,   Chicago, IL 60618-2506
14768712      +Raymundo Puntes,   7500 N. Elmhurst Road,   #403,   Des Plaines, IL 60018-2536
14768714      +Roberto Ramirez,   18 W. 220 Lowell Lane,   Villa Park, IL 60181-3814
14768715      +Rogelio Valdez,   1700 W. Palm Dr.,   #7,   Mount Prospect, IL 60056-4569
14768716      +Roto-Rooter Services Co.,   5672 Collections Dr,   Chicago, IL 60693-0001
14768717      +Salvador Garcia,   1968 W. Algonquin,   Apt. 15C,   Mount Prospect, IL 60056-4830
14768718      +Sergio Islas-Garcia,   1968 W. Algonquin Road,   Mount Prospect, IL 60056-4849
14768719       Southern Wine & Spirits,   2971 Paysphere Circle,   Chicago, IL 60674-2971
14768720      +Sta-Kleen,   803 W Estes Ave,   Schaumburg, IL 60193-4477
14768721      +Stewarts Private Blend Foods, Inc.,   4110 Wrightwood Ave,   Chicago, IL 60639-2172
14768722      +Supreme Lobster,   Attn: Jacqueline Sylenko, Credit Mgr,   220 E North Ave,
                Villa Park, IL 60181-1207
14768723      +Sysco Chicago Inc,   c/o McMahan R. Sigunick Ltd.,   412 S. Wells St, 6th Floor,
                Chicago, IL 60607-3972
14768724      +Taline Navarro,   332 Munroe Circle,   Des Plaines, IL 60016-5980
14768726       Total Management Systems,   900 W Fullerton Ave,   Addison, IL 60101-3306
14768728      +TriMark Marlinn,   6100 W 73rd St,   Suite 1,   Bedford Park, IL 60638-6107
17530809      +U.S. Foodservice, Inc.,   c/o Saul Ewing LLP,   1500 Market Street, 38th Floor,
                Philadelphia, PA 19102-2128,   Attn: J. Hampton/M. Rand
14768730      +US Food,   PO Box 98045,   Chicago, IL 60693-8045
14768729       Unique Food Equipment,   10520 Indianapolis Ave,   Chicago, IL 60617
14768731       Versa Foods, Inc.,   320 W Gerri Lane,   Addison, IL 60101-5012
14768732     #+Veterans Linen Supply Co., INC.,   627 S 89th St,   Milwaukee, WI 53214-1399
14768733      +Victor Tavares,   2115 S. Stonne Road,   Arlington Heights, IL 60005-4168
15005801      +Vienna Beef Ltd,   c/o Kevin Andersen,   2501 N Damen Ave,   Chicago IL 60647-2101
14768734       Vienna Sausage MFG. Co.,   8033 Solutions Center,   Chicago, IL 60677-8000
15148393      +Village of Arlington Heights,   33 S Arlington Heights Rd,   Arlington Heights IL 60005-1499
14768735      +Vilma A. Bustamante,   620 W. Central Road,   Arlington Heights, IL 60005-2347
14768736      +Walter J. Jr. Inc.,   2441 Seminary Ave,   Des Plaines, IL 60016-4843
14768738       Waste Management,   PO Box 4648,   Carol Stream, IL 60197-4648
15148394       Waste Management,   Attn:Dennis Witt,   729 E Butterfield Rd 4th FL,   Lombard IL 60148
14768740      +White Way Sign,   Dept. 5090,   PO Box 87618,   Chicago, IL 60680-0618
14768741       Wirtz Beverage Illinois,   PO Box 809180,   Chicago, IL 60680-9180
14768742      +Wood Food Systems,   19127 W Casey Rd,   Libertyville, IL 60048-1078
```

```
District/off: 0752-1           User: bchavez              Page 3 of 4                   Date Rcvd: Jan 22, 2013
                               Form ID: pdf006            Total Noticed: 141


14768743     +Yolande Benadi,    326 E. Hilton Avenue,    Addison, IL 60101-4005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14768627     +E-mail/Text: g17768@att.com Jan 23 2013 06:44:13      AT&T,    Bankruptcy Department,    PO Box 769,
               Arlington, TX 76004-0769
15148396     +E-mail/Text: legalcollections@comed.com Jan 23 2013 05:42:35       ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
14768668      E-mail/Text: cio.bncmail@irs.gov Jan 23 2013 05:32:01       Department of the Treasury-IRS,
               Internal Revenue Service,    PO Box 21126,   Philadelphia PA 19114
14768693      E-mail/Text: bridgetann_oxendine@muzak.com Jan 23 2013 06:37:44       MUZAK,    PO Box 71070,
               Charlotte, NC 28272-1070
14768696      E-mail/Text: bankrup@aglresources.com Jan 23 2013 05:34:13       Nicor Gas,    PO Box 416,
               Aurora, IL 60568-0001
16454403     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 23 2013 07:34:17       Office of the U.S. Trustee,
               219 South Dearborn St Room 873,    Chicago, IL 60604-2027
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14768727*    +Total Management Systems, Inc.,    900 W. Fullerton Avenue,    Addison, IL 60101-3306
14768739*    +Waste Management,    PO Box 4648,   Carol Stream, IL 60197-4648
14768612    ##+Alan Vazquez,   2032 W. Algonquin Road,    Apt. 3B,    Mount Prospect, IL 60056-4666
14768629    ##+Boston Blackies Management, Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14768630    ##+Boston Blackies Mgmt, Inc.,    801 W. Adams St,   Suite 201,    Chicago, IL 60607-3035
15148390    ##+Chris Giannis,   6424 North Tower Court,    Lincolnwood IL 60712-4208
14768656    ##+Fernando Galvan,   1444 S. Busse Rd. Apt. 1E,    Mount Prospect, IL 60056-4752
14768658    ##+Gabriela Filipova,    8548 Berwyn,   Chicago, IL 60656-2513
14768678    ##+Jose Trujilo,   3302 Central Road,    Rolling Meadows, IL 60008-2547
14768694    ##+MVP Fire Protection Systems Inc.,    14006 S. Kildare Ave,    Crestwood, IL 60445-2300
14768702    ##+Orlando Sanchez,   542 Dempster St.,    #1,   Mount Prospect, IL 60056-5394
14768725    ##+Taylor Chicago Distributors,    873 Cambridge Dr,    Elk Grove Village, IL 60007-2436
                                                                                     TOTALS: 0, * 2, ## 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2013**               **Signature:**     *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 4 of 4                  Date Rcvd: Jan 22, 2013
                              Form ID: pdf006            Total Noticed: 141
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2013 at the address(es) listed below:

        Beverly A Berneman    on behalf of Debtor    Boston Blackies of Arlington Heights baberneman@golanchristie.com, lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com
        Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
        Eileen M Sethna    on behalf of Debtor    Boston Blackies of Arlington Heights esethna@chuhak.com, rsaldivar@chuhak.com
        Jeffrey D Ganz    on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by merger with Charter One Bank, N.A. jganz@riemerlaw.com,   saguado@riemerlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Robert R Benjamin    on behalf of Debtor    Boston Blackies of Arlington Heights rrbenjamin@golanchristie.com, lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;aprior@golanchristie.com
        Thomas M Lombardo    on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by merger with Charter One Bank, N.A. tlombardo@riemerlaw.com

                                                                                                               TOTAL: 7