UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                            §
                                                  §
BOSTON BLACKIES OF ARLINGTON                      §       Case No. 09-44654
HEIGHT
                                                  §
            Debtor(s)                             §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
|---|---|
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___, and it was converted to chapter 7 on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | GENERAL ELECTRIC CAPITAL |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GENERAL ELECTRIC CAPITAL CORP | | | | | |
| 20A | CITIZENS, RBS | | | | | |
| 11A | ILLINOIS DEPT OF EMPLOYMENT SEUCURI | | | | | |
| 2 | ILLINOIS DEPT OF REVENUE | | | | | |
| 3 | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| OFFICE OF U.S. TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NICOLOPOULOS, DINO | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| | Wages (Various) | | | | | |
| 16 | NICOLOPOULOS, DINO | | | | | |
| 24 | VLAHAPOULOS, PAMELA | | | | | |
| 25 | DEPT OF TREASURY | | | | | |
| 3A | ILLINIOS DEPT OF REVENUE | | | | | |
| 11C | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 2A | ILLINOIS DEPT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 26 | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT*T | | | | | |
| | Alsco Linen | | | | | |
| | Anderson Pest Control | | | | | |
| | Boston Blackies Management | | | | | |
| | Boston Blackies Naperville | | | | | |
| | Boston Blackies Property II | | | | | |
| | Boston Blackies Property IV | | | | | |
| | Boston Blackies Riverside | | | | | |
| | Boston Blackies Skokie | | | | | |
| | Brass Tap Beverage Systems | | | | | |
| | Carsons | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Champion Energy | | | | | |
| | Chris Giannis | | | | | |
| | Com Ed | | | | | |
| | Data Wave | | | | | |
| | DirecTV | | | | | |
| | Donna Giannis | | | | | |
| | Donna Giannis | | | | | |
| | E&A Provisions, Inc. | | | | | |
| | Empire Cooling | | | | | |
| | Lux Security Systems | | | | | |
| | MVP Fire Protection Systems | | | | | |
| | Muzak | | | | | |
| | NSN Employer Services | | | | | |
| | Nick Giannis | | | | | |
| | Nicor | | | | | |
| | Nordic Energy | | | | | |
| | Radiant Systems | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Roto Rooter Services | | | | | |
| | Sta-Kleen | | | | | |
| | Stewarts Private Blend | | | | | |
| | Taylor Chicago Distribution | | | | | |
| | Total Management systems | | | | | |
| | Unique Food Equipment | | | | | |
| | Versa Foods | | | | | |
| | Veterans Linen Supply | | | | | |
| | Village of Arlington Heights | | | | | |
| | Walter J Jr. | | | | | |
| | Washington Mutual | | | | | |
| | Waste Management | | | | | |
| | White Way Sign | | | | | |
| 9 | A NEW DAIRY INC. | | | | | |
| 15 | BAKNING, ALPHA | | | | | |
| 20 | CITIZENS, RBS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | COACTIV CAPITAL PARTNERS | | | | | |
| 25A | DEPT OF TREASURY | | | | | |
| 31 | EQPT, DALMATIAN FIRE | | | | | |
| 22 | EXELON ENERGY COMPANY | | | | | |
| 28 | FOODSERVICE, U.S. | | | | | |
| 3B | ILLINIOS DEPT OF REVENUE | | | | | |
| 10 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 11 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 2B | ILLINOIS DEPT OF REVENUE | | | | | |
| 29 | ILLINOIS, WIRTZ BEVERAGE | | | | | |
| 30 | LOBSTER, SUPREME | | | | | |
| 7 | MACCARB | | | | | |
| 14 | MARK SOLOMON LTD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | MARLINN, TRIMARK | | | | | |
| 1 | NATIONAL REPUBLIC BANK OF CHICAGO | | | | | |
| 17 | NICOLOPOULOS, KATHY | | | | | |
| 19 | PADRAK, MATTHEW | | | | | |
| 12 | RALLY CAPITAL SERVICES LLC | | | | | |
| 5 | SOUTHERN WINE & SPIRITS | | | | | |
| 8 | SYSCO CHICAGO INC | | | | | |
| 6 | SYSTEMS, WOOD FOOD | | | | | |
| 13 | VIENNA BEEF LTD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-44654 | Judge: JACK B. SCHMETTERER | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF ARLINGTON HEIGHT | | Date Filed (f) or Converted (c): | 11/12/10 (c) |
| | | | 341(a) Meeting Date: | 12/15/10 |
| For Period Ending: | 03/04/13 | | Claims Bar Date: | 10/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 1,252.00 | 0.00 | | 56,715.56 | FA |
| 3. SECURITY DEPOSITS | 1,565.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 300.00 | 0.00 | | 0.00 | FA |
| 5. LICENSES | 3.00 | 0.00 | | 0.00 | FA |
| 6. MACHINERY, FIXTURES, AND BUSINESS E | 101,386.00 | 0.00 | | 0.00 | FA |
| 7. INVENTORY | 35,577.00 | 0.00 | | 4,008.81 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 5.09 | FA |
| 9. MACHINERY, FIXTURES, AND BUSINESS E | 0.00 | 0.00 | | 50,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $140,583.00 | $0.00 | | $110,729.46 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All funds disbursed 12/30/11. TFR to be filed

Initial Projected Date of Final Report (TFR): 12/30/12     Current Projected Date of Final Report (TFR): 01/30/13

LFORM1                                                                                                                                                  Ver: 17.01
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44654 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF ARLINGTON HEIGHT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5673 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8956 | | | |
| For Period Ending: | 03/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/05/11 | | Boston Blackies | turnover of chapter 11 funds | 48,033.86 | | | | | 48,033.86 |
| 03/05/11 | 2 | Asset Sales Memo: | BANK ACCOUNTS $48,033.86 | | | | | | 48,033.86 |
| 03/05/11 | | Boston Blackies | turnover of chapter 11 funds | 8,681.70 | | | | | 56,715.56 |
| 03/05/11 | 2 | Asset Sales Memo: | BANK ACCOUNTS $8,681.70 | | | | | | 56,715.56 |
| 03/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.34 | | | | 56,715.90 |
| 04/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.46 | | | | 56,716.36 |
| 05/14/11 | | Suburban Bank & Trust 150 Butterfield Road Elmhurst IL 60126 | sale of fuirniture fixtures & eqpt | 50,000.00 | | | | | 106,716.36 |
| 05/14/11 | 9 | Asset Sales Memo: | MACHINERY, FIXTURES, AND BUSINESS E $50,000.00 | | | | | | 106,716.36 |
| 05/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.67 | | | | 106,717.03 |
| 06/09/11 | 000101 | General Electric Capital Corp | sale of restaurant equipment | | | 50,000.00 | | | 56,717.03 |
| 06/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.64 | | | | 56,717.67 |
| 07/18/11 | | Boston Blackies Riverside | sale/transfer of liquor at closing | 4,008.81 | | | | | 60,726.48 |
| 07/18/11 | 7 | Asset Sales Memo: | INVENTORY $4,008.81 | | | | | | 60,726.48 |
| 07/29/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.49 | | | | 60,726.97 |
| 08/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.52 | | | | 60,727.49 |
| 09/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.50 | | | | 60,727.99 |
| 10/31/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.52 | | | | 60,728.51 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -77.37 | | 60,651.14 |
| 11/30/11 | 8 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.50 | | | | 60,651.64 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -74.78 | | 60,576.86 |
| 12/28/11 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.45 | | | | 60,577.31 |
| 12/28/11 | | Transfer to Acct #*******6151 | Final Posting Transfer | | | | | -60,577.31 | 0.00 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-44654 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BOSTON BLACKIES OF ARLINGTON HEIGHT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5673 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8956 | | | |
| For Period Ending: | 03/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

Account *******5673

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 4 | Deposits | 110,724.37 | 1 | Checks | 50,000.00 |
| 10 | Interest Postings | 5.09 | 2 | Adjustments Out | 152.15 |
| | | | 1 | Transfers Out | 60,577.31 |
| | Subtotal | $ 110,729.46 | | | |
| | | | | Total | $ 110,729.46 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 110,729.46 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.01

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-44654 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF ARLINGTON HEIGHT | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6151  Checking - Non Interest |
| Taxpayer ID No: | *******8956 | | |
| For Period Ending: | 03/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/28/11 | | Transfer from Acct #*******5673 | Transfer In From MMA Account | | | | | 60,577.31 | 60,577.31 |
| 12/29/11 | 001001 | Illinois Department of Revenue | post petition taxes | | | 6,362.34 | | | 54,214.97 |
| 01/20/12 | | GE Capital Franchise Finan | 12/30/11 wire to secured creditor  Wire to secured creditor GECC per Court order 12/11 | | | 54,214.97 | | | 0.00 |

```
                Account *******6151      Balance Forward          0.00
                                    0   Deposits                  0.00         2  Checks              60,577.31
                                    0   Interest Postings         0.00         0  Adjustments Out         0.00
                                                                               0  Transfers Out           0.00
                                        Subtotal         $        0.00
                                                                                  Total        $     60,577.31
                                    0   Adjustments In            0.00
                                    1   Transfers In         60,577.31

                                        Total            $    60,577.31


     Report Totals                      Balance Forward           0.00
                                    4   Deposits            110,724.37         3  Checks             110,577.31
                                   10   Interest Postings         5.09         2  Adjustments Out        152.15
                                                                               1  Transfers Out       60,577.31
                                        Subtotal         $  110,729.46
                                                                                  Total        $    171,306.77
                                    0   Adjustments In            0.00
                                    1   Transfers In         60,577.31

                                        Total            $   171,306.77          Net Total Balance   $      0.00
```

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 03/04/13

BRENDA PORTER HELMS, TRUSTEE